HADAWAY *v.* CULPEPPER, administrator.

FISH, C. J. The court did not err in giving the instructions to which exceptions were taken; nor in the admission of evidence; nor in failing to instruct the jury in certain respects of which complaint was made. The evidence authorized the verdict, and it was not error to refuse a new trial. *Judgment affirmed. All the Justices concur.*
APRIL 12, 1912.

Complaint for land. Before Judge Freeman. Meriwether superior court. August 12, 1911.

*N. F. Culpepper,* for plaintiff in error.
*McLaughlin, Jones & Jones,* contra.

---

WEAVER MERCHANDISE COMPANY *v.* FERGUSON.

FISH, C. J. The only error alleged to have been committed upon the trial was the admission of certain evidence. Such evidence was not inadmissible because of any objection made thereto. The verdict was not without evidence to support it, and there was no abuse of discretion in refusing to grant a new trial.
*Judgment affirmed. All the Justices concur.*
APRIL 12, 1912.

Action for damages. Before Judge Reagan. Upson superior court. December 27, 1910.

*Claude Worrill,* for plaintiff in error.
*Tisinger & Davis* and *Bloodworth & Bloodworth,* contra.

---

GEORGE *et al. v.* HOWARD PIANO COMPANY.

FISH, C. J. The court did not err in failing to instruct the jury in the respect indicated in the motion for a new trial; the assignments of error upon the instructions given were not meritorious; there was evidence to authorize the verdict, and the court did not err in refusing a new trial. *Judgment affirmed. All the Justices concur.*
APRIL 12, 1912.

Attachment. Before Judge J. B. Park. Morgan superior court. June 17, 1911.

*M. C. Few* and *Percy Middlebrooks,* for plaintiffs in error.
*C. B. Rosser Jr.* and *Williford & Lambert,* contra.